

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ADIB C. ROUHANA, | § | No. 08-16-00356-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| ALBERTO RAMIREZ | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015-DCV2915) |
| | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 24, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 24, 2017.

IT IS SO ORDERED this 27th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.